Appeal to the
UNITED STATES COURT OF APPEALS
For the Seventh Circuit

from the
UNITED STATES DISTRICT COURT
for the Northern District of Illinois,
Eastern Division

| | | |
|---|---|---|
| ROSEMARY HIGBEE, | ) | |
| | ) | |
| Plaintiff-Appellant | ) | No. 97 C 1349 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew Kennelly, |
| SENTRY INSURANCE CO., | ) | Judge Presiding |
| | ) | |
| Defendant-Appellee | ) | |

## NOTICE OF FILING

TO: Edward C. Jepson, Jr.
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on July 7, 2004, we filed with the clerk of the United States District Court for the Northern District of Illinois the notice of appeal of plaintiff-appellant, Rosemary Higbee, from the order entered herein on June 11, 2004, taxing costs in favor of defendant-appellee, Sentry Insurance Company, in the amount of $8,460.49, a copy of which notice of appeal is attached hereto and hereby served upon you.

PHILIP J. McGUIRE
111 West Washington Street
Suite 802
Chicago, Illinois 60602
(312) 541-0500
(312) 541-0642 fax

Attorney for Plaintiff-Appellant

**PROOF OF SERVICE**

    Philip J. McGuire, an attorney, certifies that he served the attached notice of filing and the notice of appeal to which it refers upon the parties identified above by causing the same to be deposited with the United States Postal Service in a properly addressed envelope with first-class postage attached from 111 West Washington Street, Chicago, IL 60602 before 5 p.m. on July 7, 2004.

f:\phil-old\higbee\costsnanotflg040707

- 2 -

Appeal to the
UNITED STATES COURT OF APPEALS
For the Seventh Circuit

from the
UNITED STATES DISTRICT COURT
for the Northern District of Illinois,
Eastern Division

ROSEMARY HIGBEE,  )
  )
   Plaintiff-Appellant  )  No. 97 C 1349
  )
   v.  )
  )  Hon. Matthew Kennelly,
SENTRY INSURANCE CO.,  )  Judge Presiding
  )
   Defendant-Appellee  )

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Rosemary Higbee, plaintiff-appellant herein, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order entered herein on June 11, 2004, taxing costs in favor of defendant-appellee, Sentry Insurance Company, in the amount of $8,460.49.

By this appeal, plaintiff-appellant will ask the United States Court of Appeals for the Seventh Circuit to reverse and set aside the order appealed from, remand the matter to the United States District Court for the Northern District of Illinois with directions to deny defendant-appellee's petition for award of costs in its entirety or grant such other or additional relief as the court may deem appropriate.



PHILIP J. McGUIRE
111 West Washington Street
Suite 802
Chicago, Illinois 60602
(312) 541-0500

    Attorney for Plaintiff-Appellant

f:\phil-old\bigbec\costsna040707

- 2 -