# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### JUDGMENT - WITH ORAL ARGUMENT

Date: March 3, 2006

**BEFORE:**     Honorable WILLIAM J. BAUER, Circuit Judge

                Honorable RICHARD A. POSNER, Circuit Judge

                Honorable MICHAEL S. KANNE, Circuit Judge

No. 04-1502

ROSEMARY HIGBEE,
    Plaintiff - Appellant

v.

SENTRY INSURANCE COMPANY,
    Defendant - Appellee

**FILED**

MAR 2 7 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 97 C 1349, Matthew F. Kennelly, Judge

      The judgment of the District Court is AFFIRMED, with costs,
in accordance with the decision of this court entered on this date.

(1061-110393)

CERTIFIED COPY
A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit.